

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00377-CV

### IN THE MATTER OF THE MARRIAGE OF ROGELIO GUERRA AND SUSAN RABEL GUERRA

On Appeal from the
197th District Court of Cameron County, Texas
Trial Court Cause No. 2019-DCL-02658

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

August 18, 2022